JUDGE SULLIVAN

Richard A. Menchini (6057)
Lindsay H. Tasher
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
(212) 513-3200

Attorneys for Defendant
Canadian Commercial Corporation

08 CV 4231



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ERNESTO and DIANA MIRANDA,

           Plaintiff,

- against -

ABEX CORPORATION, f/k/a American Brake Show Company;
ALCOA, INC., Individually and as successor in interest to Fairchild Fasteners;
AMERICAN REFRACTORIES, INC.;
AMERICAN REFRACTORIES, CO.;
ANCHOR PACKING COMPANY;
ATLAS TURNER;
AVOCET ENTERPRISES, INC.;
A.W. CHESTERTON CO., INC.;
BONDEX INCORPORATED;
BOEING INTEGRATED DEFENSE SYSTEMS;
BORG WARNER CORPORATION;
CANADIAN COMMERCIAL CORPORATION;
CFM INTERNATIONAL, INC.;
COURTER & COMPANY;
CRANE AEROSPACE & ELECTRONICS;
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;
CRANE RESISTOFLEX AEROSPACE;
CUTLER HAMMER, n/k/a EATON ELECTRICAL, INC.;
DANA CORPORATION;
DRESSER INDUSTRIES, INC.;

08 Civ. _____ ( )

**RULE 7.1 STATEMENT**

DURABLA MANUFACTURING COMPANY;
DURAMETTALIC CORPORATION;
EATON CORPORATION;
EATON HYDRAULICS, INC.;
EASTERN REFRACTORIES CORPORATION;
ENPRO INDUSTRIES, INC., Individually and as successor in interest to Menasco Inc.;
FAY, SPOFFARD & THORNDIKE OF NEW YORK, INC., f/k/a Wolf & Munier, Inc.;
FOSTER WHEELER ENERGY CORP.;
GE AVIATION SYSTEMS LLC;
GARLOCK SEALING TECHNOLOGIES, LLC;
GENERAL DYNAMICS;
GENERAL ELECTRIC CORPORATION;
GENERAL MOTORS CORPORATION;
GENERAL REFRACTORIES CO.;
GEORGIA PACIFIC CORPORATION, Individually and as successor in interest to Consolidated Vultee Aircraft Corporation;
GOODRICH CORPORATION, f/k/a B.F. Goodrich Company;
GOODYEAR TIRE & RUBBER;
GOULD PUMPS, INC.;
GRAYBAR ELECTRIC COMPANY, INC.;
GRIMES AEROSPACE COMPANY, Individually and as successor in interest to Midland-Ross Corporation;
HENKEL CORPORATION;
HEWLETT PACKARD COMPANY;
HITCO CARBON & COMPOSITES, Individually and as successor in interest to Hitco;
HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal, Inc. Successor in interest to the Bendix Corporation;
INGERSOLL-RAND COMPANY;
J.H. FRANCE REFRACTORIES, CO.;
JOHN CRANE, INC.;
KENTILE FLOORS, INC.;
LEAR SEIGLER SERVICES, INC., Individually and as successor in interest to Lear Seigler, Inc.;
LESLIE CONTROLS, INC., f/k/a/ Leslie Corporation;

LOCKHEED MARTIN CORPORATION;
METROPOLITAN TRANSPORTATION
AUTHORITY;
MUNACO PACKING & RUBBER CO.;
NASCO AIR BRAKES, INC.;
NORTHROP GRUMAN CORPORATION;
OLD ORCHARD INDUSTRIAL
CORPORATION, Individually and as successor
to Vapor Corporation;
PARKER AEROSPACE;
PARKER HANNAFIN CORPORATION;
PNEUMO ABEX CORPORATION,
Individually and as successor in interest to Abex
Corporation f/k/a American Brake Show;
PRATT & WHITNEY;
RAILROAD FRICTION PRODUCTS CORP.;
RHEACO, INC.;
ROBERT A. KEASBEY CO.;
ROLLS ROYCE CORPORATION,
Individually and as successor in interest to
Allison Engine Company, Inc.;
SEQUOIA VENTURES, INC., f/k/a Bechtel
Corporation;
THE BOEING COMPANY, Individually and as
successor in interest to McDonnell Douglas;
THE FAIRCHILD CORPORATION;
TREADWELL CORPORATION;
TRIAD INTERNATIONAL MAINTENANCE
CORPORATION, Individually and as successor
in interest to Aero Corporation;
UNISYS CORPORATION;
UNITED TECHNOLOGIES CORPORATION,
Individually and as successor in interest to
United Aircraft Corporation United
Technologies Building;
WAYNE WIRE CLOTH PRODUCTS, INC.;
WESTINGHOUSE AIR BRAKE CO.;
3M COMPANY, f/k/a Minnesota Mining &
Manufacturing;

        Defendants.

3

I, Richard A. Menchini, Esq., attorney of record for Defendant Canadian Commercial Corporation, having filed an Notice of Removal in the captioned action, state the following pursuant to Federal Rule of Civil Procedure 7.1:

Canadian Commercial Corporation is a Canadian corporation that is wholly owned by the Canadian government.

Dated: May 2, 2008
New York, New York

>                Respectfully submitted,
>
>                HOLLAND & KNIGHT LLP
>
> By:            *Richard A. Menchini*
>                Richard A. Menchini
>                Lindsay H. Tasher
>                195 Broadway
>                New York, NY 10007
>                (212) 513-3200
>                Attorneys for Defendant
>                Canadian Commercial Corporation

# 5312175_v1

4