Richard A. Menchini (RM6057)
Lindsay H. Tasher
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Defendant
Canadian Commercial Corporation

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNESTO and DIANA MIRANDA,<br><br>                Plaintiff,<br><br>- against -<br><br>ABEX CORPORATION, f/k/a American Brake Show Company, et al.,<br><br>                Defendants. | 08 Civ. 4231 (RJS)<br><br>**AFFIRMATION OF SERVICE** |

State of New York )
                    ) SS.:
County of New York )

      RICHARD A. MENCHINI, an attorney admitted to practice in this Court and a member of the firm of Holland & Knight LLP, affirms under penalty of perjury:

      That on May 6, 2008, I caused to be served a true copy of the *Notice of Filing of Notice of Removal* filed by defendant Canadian Commercial Corporation with the Supreme Court of the State of New York, County of New York, on May 5, 2008, which annexed as an Exhibit the *Notice of Removal* filed by defendant Canadian Commercial Corporation with this Court on May 2, 2008, by mailing the same in a duly enclosed prepaid and sealed wrapper with first-class postage prepaid thereon and addressed to plaintiffs' counsel Patrick J Timmins, Esq., Levy

Phillips & Konigsberg LLP, 800 Third Ave. -- 13th Floor, New York, NY 10022, and the defense counsel and defendants on the attached Lists.

*[signature: Richard A. Menchini]*
RICHARD A. MENCHINI

Dated: May 7, 2008
      New York, New York

# 5320122_v1

2

## Miranda Defense Counsel List
115237.00002
(as of 5/6/08)

| | |
|---|---|
| Jan Michael Ryfkogel, Esq.<br>Bivona & Cohen, PC<br>88 Pine St.<br>New York, NY 10005 | Counsel for<br>Alcoa |
| Theodore Eder, Esq.<br>Segal, McCambridge, Singer & Mahoney<br>830 Third Avenue, Suite 400<br>New York, NY 10022 | Counsel for<br>Anchor Packing<br>Garlock Sealing Technologies<br>Flowserve (Durametallic) |
| Julie Evans, Esq.<br>Wilson, Elser, Moskowitz, Edelman<br>& Dicker, LLP<br>150 E. 42nd St.<br>New York, NY 10017-5639 | Counsel for<br>A.W. Chesterton Co.<br>Carrier Corp. |
| Joseph A. D'Avanzo, Esq.<br>Wilson, Elser, Moskowitz, Edelman<br>& Dicker, LLP<br>3 Gannett Drive<br>White Plains, NY 10604 | Counsel for<br>The Boeing Company |
| Anna DiLonardo, Esq.<br>Weiner Lesniak, LLP<br>888 Veteran's Memorial Highway<br>Suite 540<br>Hauppauge, NY 11787 | Counsel for<br>Borg Warner<br>Lockheed<br>Robert A. Keasby |
| Richard Leff, Esq.<br>McGivney & Kluger, PC<br>80 Broad St., 23rd Floor<br>New York, NY 10004 | Counsel for<br>Courter & Company<br>Treadwell Corp. |
| Kirsten Kneis, Esq.<br>Michael Waller, Esq.<br>Kirkpatrick & Lockhart Preston Gates Ellis<br>One Newark Center, 10th Floor<br>Newark, NJ 07102 | Counsel for<br>Crane Co. |
| William Mueller, Esq.<br>Clemente, Dickson & Mueller<br>218 Ridgedale Ave.<br>Morristown, NJ 07961 | Counsel for<br>Durabla Manufacturing |
| | |

| | |
|---|---|
| Scott R. Emery, Esq.<br>Lynch Daskal & Emery, LLP<br>264 W. 40th St.<br>New York, NY 10018 | Counsel for<br>Georgia Pacific<br>Goodyear Tire & Rubber |
| Laura B. Hollman, Esq.<br>McMahon Martine & Gallagher, LLP<br>90 Broad Street<br>New York, NY 10004 | Counsel for<br>Eastern Refractories Co. |
| Nancy McDonald, Esq.<br>McElroy, Deutch & Mulvaney<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | Counsel for<br>Cutler-Hammer<br>Eaton |
| Robert J. Cecala, Esq.<br>Aaronson Rappaport Feinstein & Deutsch LLP<br>757 Third Avenue<br>New York, NY 10017 | Counsel for<br>General Motors Corp. |
| Robert M. Gilmartin, Esq.<br>Sedgwick, Detert, Moran & Arnold, PC<br>Three Gateway Center, 12th Floor<br>Newark, NJ 07102 | Counsel for<br>Foster Wheeler<br>General Electric |
| John J. Fanning, Esq.<br>Cullen & Dykman, LLP<br>177 Montague St.<br>Brooklyn, NY 11201 | Counsel for<br>Goulds Pumps, Inc |
| Donald R. Pugliese, Esq.<br>McDermott, Will & Emery<br>340 Madison Avenue<br>New York, NY 10173-1922 | Counsel for<br>Honeywell International |
| Lisa M. Pascarella, Esq.<br>Pehlivanian, Braaten & Pascarella, LLC<br>Paynters Ridge Office Park<br>2430 Route 34<br>Manasquan, NJ 08736 | Counsel for<br>Ingersoll-Rand |
| Cynthia Weiss Antonucci, Esq.<br>Harris Beach PLLC<br>100 Wall Street<br>New York, NY 10005 | Counsel for<br>Kentile Floors |

| | |
|---|---|
| William Bradley, Esq.<br>Malaby & Bradley, LLC<br>150 Broadway, Suite 600<br>New York, NY 10038 | Counsel for<br>J.H. Refractories |
| Suzanne Halbardier, Esq.<br>BARRY McTIERNAN & MOORE<br>2 Rector St., 14th Floor<br>New York, NY 10005 | Counsel for<br>John Crane |
| James Smith, Esq.<br>Smith Abbott<br>48 Wall St., Suite 1100<br>New York, NY 10005 | Counsel for<br>Pneumo Abex |
| Daniel Moretti, Esq.<br>Landman Corsi Ballaine & Ford<br>120 Broadway, 27th Floor<br>New York, NY 10271 | Counsel for<br>Sequoia Ventures |
| Timothy J. McHugh, Esq.<br>Lavin, O'Neil, Ricci, Cedrone & Disipio<br>420 Lexington Ave., Suite 2900<br>New York, NY 10017 | Counsel for<br>3M |
| | |

# 5317047_v1

3

## DEFENDANTS SERVICE LIST
## MIRANDA V. ABEX CORPORATION, ET AL.

| | |
|---|---|
| American Refractories Co.<br>1250 Clarion Street<br>Reading, PA 19601 | Atlas Turner, Inc.<br>854 Blvd. Oullet West<br>Thetford Mines, Quebec G6G785 |
| Avocet Enterprises, Inc.<br>c/o SCN & R Registered Agent, Inc.<br>8000 Sears Tower<br>Chicago, IL 60606 | Boeing Integrated Defense Systems<br>2201 Seal Beach Boulevard<br>Seal Beach, CA 90740 |
| Bondex, Inc.<br>2 Maxwell Drive<br>Trenton, SC 29847 | CFM International, Inc.<br>1 Neuman Way<br>Cincinnati, OH 45215 |
| Crane Aerospace & Electronics<br>Keltec Operation<br>84 Hill Avenue NW<br>Fort Walton Beach, FL 32254 | Crane Pumps & Systems, Inc.<br>420 3rd Street<br>Piqua, OH 45356 |
| Crane Resistoflex Aerospace<br>2575 W. 5th Street<br>Jacksonville, FL 32254 | Dana Corporation<br>P.O. Box 1000<br>Toledo, OH 43697 |
| Dresser, Inc.<br>15455 Dallas Parkway<br>Addison, TX 75001 | Eaton Hydraulics, Inc.<br>111 Eighth Avenue<br>New York, NY 10011 |
| Enpro Industries, Inc.<br>c/o CT Corporation Systems<br>225 Hillborough Street<br>Raleigh, NC 27603 | Fay Spoffard & Thorndike of New York, Inc.<br>f/k/a Wolff & Munier, Inc.<br>111 John Street, Suite 245<br>New York, NY 10035 |
| GE Aviation Systems LLC<br>c/o Corporation System<br>111 Eight Avenue<br>New York, NY 10011 | General Dynamics<br>3190 Fairview Park Drive<br>Falls Church, VA 22042 |
| General Refractories Co.<br>225 City Avenue, Suite 114<br>Bala Cynwyd, PA 19004 | Goodrich Corporation<br>c/o Corporation Service Company<br>80 State Street<br>Albany, New York 12207-2543 |

| | |
|---|---|
| Graybar Electric Company, Inc.<br>34 N. Meramec Avenue<br>St. Louis, MO 53105 | Grimes Aerospace Company<br>550 Route 55<br>Urban, Ohio 43078 |
| Henkel Corporation<br>CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 | Hercules Chemical Company, Inc.<br>111 South Street<br>Passaic, NJ 07055 |
| Hewlett Packard Company<br>P.O. Box 10301<br>Palo Alto, CA 94303 | Hitco Carbon and Composites, Inc.<br>1600W 135th Street<br>Gardena, CA 90249 |
| Lear Seigler Services, Inc.<br>3 Corbett Way<br>Eaton, NJ 07724 | Leslie Controls, Inc.<br>12501 Telecom Drive<br>Tampa, FL 33637 |
| Metropolitan Transportation Authority<br>347 Madison Avenue<br>New York, NY 10017 | Munaco Packing & Rubber Co., Inc.<br>325 West 16th Street<br>New York, NY 10011 |
| Nasco Air Brakes, Inc.<br>13300 Estrella Avenue<br>Gardena, California 90248 | Northrop Gruman Corporation<br>c/o CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 |
| Old Orchard Corporation<br>208 SO LaSalle Street, Suite 814<br>Chicago, IL 60604 | Parker Aerospace<br>14300 Alton Parkway<br>Irvine, CA 92618 |
| Parker Hannafin Corporation<br>6035 Park Boulevard<br>Cleveland, OH 44124 | Pratt & Whitney<br>400 Main Street<br>East Hartford, CT 06108 |
| Railroad Friction Products Corp.<br>1001 Air Brake Avenue<br>Wilmerding, PA 15148 | Railroad Friction Products Corp.<br>c/o The Trust Corporation Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Rheaco, Inc.<br>1801 West Jefferson Street<br>Grand Prairie, TX 75051 | Rolls Royce Corporation<br>c/o CT Corporation Service Company<br>80 State Street<br>Albany, NY 12207 |

| | |
|---|---|
| The Fairchild Corporation<br>1750 Tysons Boulevard, Suite 1400<br>McLean, VA 11102 | Triad International Maintenance Corp.<br>523 Radar Road<br>Greensboro, NC 27410 |
| Unisys Corporation<br>Unisys Way<br>Blue Bell, PA 19424 | United Technologies Corporation<br>United Technologies Building<br>Hartford, CT 06101 |
| Wayne Wire Cloth Products, Inc.<br>200 E. Dresden Street NW<br>Kalkraska, MI 49646 | Westinghouse Air Brake Co.<br>c/o CT Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| | |

# 5311391_v3

3