UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ERNESTO MIRANDA AND DIANA MIRANDA, | : | Index No. 08 CV 4231 |
| Plaintiffs, | : | |
| - against - | : | **RULE 7.1 DISCLOSURE STATEMENT** |
| ABEX CORPORATION, et al., | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Boeing Company states that it has no parent corporation, and there is no corporation that owns more than 10 percent of its stock.

Dated: New York, New York
       April 14, 2005

                                       **BRYAN CAVE LLP**

                                       By:  /s/ Christopher R. Strianese
                                                Christopher R. Strianese, Esq.

                                       1290 Avenue of the Americas
                                       New York, NY 10104-3300
                                       Phone: (212) 541-2000
                                       Facsimile: (212) 541-1413

                                       *Attorneys for Defendant*
                                       *The Boeing Company*

C000109/0219561/1483577.1