UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST AND DIANA MIRANDA,

                Plaintiffs,

-v-

ABEX CORP., *et al.*,

                Defendants.

No. 08 Civ. 4231 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/08

RICHARD J. SULLIVAN, District Judge:

On May 2, 2008, defendant Canadian Commercial Corporation ("CCC") removed the above-entitled action from New York State Supreme Court, New York County, to this Court. By letter dated May 13, 2008, plaintiffs requested a telephone conference with the Court in order to discuss plaintiffs' application to remand the action to New York State court upon dismissal of their claims against defendant CCC.

IT IS HEREBY ORDERED that plaintiffs and defendant CCC shall participate in a telephone conference with the Court on Friday, May 16, 2008 at 2:30 p.m. At that time, counsel for plaintiffs shall contact the Court at (212) 805-0264 with all parties on the line.

SO ORDERED.

Dated:    New York, New York
           May 14, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE