**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Attorneys for Defendant**
**THE BOEING COMPANY**
Office and P.O. Address
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 07040.00014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ERNESTO and DIANA MIRANDA,               :

                    Plaintiff,        :  Docket No.: CV 08-4231

    -against-                                :

                                   :  **NOTICE OF APPEARANCE**

ABEX CORPORATION f/k/a American Brake
  Show Company;                            :
ALCOA, INC., Individually and as successor in Interest
  to Fairchild Fasteners;                   :
AMERICAN REFRACTORIES, INC.;
AMERICAN REFRACTORIES, CO.;
ANCHOR PACKING COMPANY;
ATLAS TURNER, INC.;                          :
AVOCET ENTERPRISES, INC.;
A.W. CHESTERTON CO., INC.;
BONDEX INCORPORATED;
BOEING INTEGRATED DEFENSE SYSTEMS;           :
BORG WARNER CORPORATION;
CANADIAN COMMERICAL CORPORATION;             :
CARRIER CORPORATION;
CFM INTERNATIONAL, INC.;
COURTER & COMPANY;
CRANE AEROSPACE & ELECTRONICS;               :
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;
CRANE RESISTOFLEX AEROSPACE;
CUTLER HAMMER n/k/a Eaton Electrical, Inc..; :
DANA CORPORATION;
DRESSER INDUSTRIES, INC.;                    :
DURABLA MANUFACTURING COMPANY;
DURAMETTALIC CORPORATION;                    :
EASTERN REFRACTORIES CORPORATION;

1988863.1

EATON CORPORATION;                                              :
EATON HYDRAULICS, INC.;
ENPRO INDUSTRIES, INC., Individually and as                     :
   Successor in interest to Menasco Inc.;
FAY, SPOFFARD & THORNDIKE OF NEW                                :
   YORK, INC. f/k/a Wolf & Munier, Inc.;
FOSTER WHEELER ENERGY CORP.;                                    :
GARLOCK SEALING TECHNOLOGIES, LLC.;
GE AVIATION SYSTEMS LLC;                                        :
GENERAL DYNAMICS;
GENERAL ELECTRIC CORPORATION;                                   :
GENERAL MOTORS CORPORATION;
GENERAL REFRACTORIES CO.;                                       :
GEORGIA PACIFIC CORPORATION Individually
   and as successor in interest to Consolidated Vultee    :
   Aircraft Corporation;
GOODRICH CORPORATION f/k/a B.F.                                 :
   Goodrich Company;
GOODYEAR TIRE & RUBBER;                                         :
GOULD PUMPS, INC.;
GRAYBAR ELECTRIC COMPANY, INC.;                                 :
GRIMES AEROSPACE COMPANY, Individually and
   as successor in interest to Midland-Ross Corporation,   :
HENKEL CORPORATION;
HERCULES CHEMICAL COMPANY, INC.;                                :
HEWLETT PACKARD COMPANY;
HITCO CARBON & COMPOSITES                                       :
   Individually and as successor in interest to Hitco;
HONEYWELL INTERNATIONAL, INC. f/k/a                             :
   Allied Signal, Inc. Successor in Interest to the
   Bendix Corporation;                                     :
INGERSOLL-RAND COMPANY;
J.H. FRANCE REFRACTORIES, CO.;                                  :
JOHN CRANE, INC.;
KENTILE FLOORS, INC.;                                           :
LEAR SEIGLER SERVICES, INC. Individually and
   as successor in Interest to Lear Seigler, Inc.;        :
LESLIE CONTROLS, INC. f/k/a
   Leslie Corporation;                                     :
LOCKHEED MARTIN CORPORATION;
METROPOLITAN TRANSPORTATION AUTHORITY; :
MUNACO PACKING & RUBBER CO.;
NASCO AIR BRAKES, INC.;                                         :
NORTHROP GRUMAN CORPORATION;
OLD ORCHARD INDUSTRIAL CORPORATION,                             :
   Individually and as successor to Vapor Corporation;

1988863.1

PARKER AEROSPACE; :
PARKER HANNIFIN CORPORATION;
PNEUMO ABEX CORPORATION, :
   Individually and as Successor in interest to Abex
   Corporation f/k/a American Brake Shoe; :
PRATT & WHITNEY;
RAILROAD FRICTION PRODUCTS CORP.; :
RHEACO, INC.;
ROBERT A. KEASBEY CO.; :
ROLLS ROYCE CORPORATION,
   Individually and as successor in interest to Allison :
   Engine Company, Inc.;
SEQUOIA VENTURES, INC. :
   f/k/a Bechtel Corporation;
THE BOEING COMPANY, :
   Individually and as successor in interest to
   McDonnell Douglas; :
THE FAIRCHILD CORPORATION;
TREADWELL CORPORATION; :
TRIAD INTERNATIONAL MAINTENANCE
   CORPORATION, Individually and as successor in :
   Interest to Aero Corporation;
UNISYS CORPORATION; :
UNITED TECHNOLOGIES CORPORATION,
   Individually and as Successor in Interest to United :
   Aircraft Corporation United Technologies Building;
WAYNE WIRE CLOTH PRODUCTS, INC.; :
WESTINGHOUSE AIR BRAKE CO.;
3M COMPANY , :
   f/k/a Minnesota Mining & Manufacturing;
                                           Defendants.
--------------------------------------------------------------------- X

      **PLEASE TAKE NOTICE**, that the Defendant, THE BOEING COMPANY, individually and sued herein incorrectly AS BOEING INTEGRATED DEFENSE SYSTEM will be appearing in this action through its attorneys WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 3 Gannett Drive, White Plains, New York 10604, and that all papers, Notices and Orders with regard to the proceedings in this action, which otherwise would be required to

3

1988863.1

be served upon said Defendant, are to be served upon the offices of the undersigned. Please direct all correspondence intended for said Defendant to the offices of the undersigned.

Dated:   White Plains, New York
   May 14, 2008

               Yours, etc.

               **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

               Joseph A. D'Avanzo (JD-1083)
               Attorneys for Defendant
               THE BOEING COMPANY, individually and
               sued herein incorrectly as
               BOEING INTEGRATED DEFENSE SYSTEMS
               3 Gannett Drive
               White Plains, NY 10604
               (914) 323-7000
               File No.: 07040.00014

TO: LEVY PHILLIPS & KONIGSBERG, L.L.P
    Patrick J. Timmins, Esq.
    Attorneys for Plaintiffs
    800 Third Avenue, 13th Floor
    New York, NY 10022

    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
    Julie Evans, Esq.
    Attorneys for Defendant
    A.W. CHESTERTON CO., INC.;
    CARRIER CORP.;
    GENERAL DYNAMICS
    150 East 42nd Street
    New York, NY 10017

1988863.1

HOLLAND & KNIGHT LLP
Richard A. Menchini, Esq.
Lindsay H. Tasher, Esq.
Attorneys for Defendant
CANADIAN COMMERCIAL CORP.
195 Broadway
New York, NY 10007

McGIVNEY & KLUGER
Richard Leff, Esq.
Attorneys for Defendant
COURTER & COMPANY, INC.
80 Broad Street, 23rd Floor
New York, NY 10004

McMAHON MARTINE & GALLAGHER
Laura B. Hollman, Esq.
Attorneys for Defendant
EASTERN REFRACTORIES CORPORATION
90 Broad Street, 14th Floor
New York, NY 10004

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
Madina Axelrod, Esq.
Attorneys for Defendant
FLOWSERVE CORP. as successor in interest to DURAMETTALIC CORP.
830 Third Avenue, 4th Floor
New York, NY 10022

SMITH ABBOT, LLP
James Walker Smith, Esq.
Attorneys for Defendant
PNEUMO ABEX CORPORATION
Individually and as Successor in interest to Abex Corporation f/k/a American Brake Shoe;
48 Wall Street, Suite 1100
New York, NY 10005

WEINER LESNIAK, LLP
Anna DiLonardo, Esq.
Attorneys for Defendant
ROBERT A. KEASBEY CO.
888 Veterans Memorial Highway
Hauppauge, NY 11788

McGIVNEY & KLUGER, P.C.
Chuck McGivney, Esq.
Attorneys for Defendant
TREADWELL CORPORATION
80 Broad Street, 23rd Floor
New York, NY 10004

5

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF WESTCHESTER )

**Elizabeth Ramsey**, being duly sworn, deposes and says:

That deponent is not a party to the action, is over eighteen (18) years of age and resides in Dutchess County, New York.

That on the 14th day of May, 2008 deponent served the within:

### NOTICE OF APPEARANCE

Upon:

| | |
|---|---|
| LEVY PHILLIPS & KONIGSBERG<br>Attorneys for Plaintiffs<br>800 Third Ave., 13th Floor<br>New York, NY 10022<br>Attn: Patrick J. Timmins, Esq. | WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER<br>Attorneys for Defendants<br>A.W. Chesterton;<br>Carrier Corp.<br>General Dynamics<br>150 East 42nd Street<br>New York, NY 10017<br>Attn: Julie Evans, Esq. |
| HOLLAND & KNIGHT LLP<br>Attorneys for Defendants<br>Canadian Commercial Corp.<br>195 Broadway<br>New York, NY 10007<br>Attn: Richard A. Menchini, Esq.<br>      Lindsay H. Tasher, Esq. | McGIVNEY & KLUGER, INC.<br>Attorneys for Defendants<br>Courter & Company, Inc.;<br>Treadwell Corp.<br>80 Broad St., 23rd Fl.<br>New York, NY 10004<br>Attn: Richard Leff, Esq.<br>      Chuck McGivney, Esq. |
| McMAHON MARTINE & GALLAGHER<br>Attorneys for Defendant<br>Eastern Refractories Corp.<br>90 Broad Street, 14th Floor<br>New York, NY 10004<br>Attn: Laura B. Hollman, Esq. | SEGAL McCAMBRIDGE SINGER &<br>MAHONEY, LTD.<br>Attorneys for Defendant<br>Flowserve Corp.<br>830 Third Avenue, 4th Floor<br>New York, NY 10022<br>Attn: Madina Axelrod, Esq. |
| SMITH ABBOT, LLP<br>Attorneys for Defendant<br>Pneumo Abex Corporation<br>48 Wall Street, suite 1100<br>New York, NY 10005<br>Attn: James Walker Smith, Esq. | WEINER LESNIAK LLP<br>Attorneys for Defendant<br>Robert A. Keasbey Co.<br>888 Veterans Memorial Highway<br>Hauppauge, NY 11788<br>Attn: Anna DiLonardo, Esq. |

1989643.1

attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof in a post paid addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

*Elizabeth Ramsey*

Sworn to before me this
14th day of May, 2008.

NOTARY PUBLIC

CHARLES C. DEMARTINO
Notary Public, State of New York
No. 02DE6126907
Qualified in New York County
Commission Expires May 16, 2009

1989643.1