WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendant
THE BOEING COMPANY
Office and P.O. Address
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 07040.00014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ERNESTO and DIANA MIRANDA,                                          :

                  Plaintiff,    :   Docket No.: CV 08-4231

     -against-                                                      :

                                               :   **FRCP RULE 7.1**
ABEX CORPORATION f/k/a American Brake                                   **DISCLOSURE STATEMENT**
  Show Company;                                                    :   **OF DEFENDANT THE**
ALCOA, INC., Individually and as successor in Interest                  **BOEING COMPANY**
  to Fairchild Fasteners;                                          :
AMERICAN REFRACTORIES, INC.;
AMERICAN REFRACTORIES, CO.;                                         :
ANCHOR PACKING COMPANY;
ATLAS TURNER, INC.;                                                 :
AVOCET ENTERPRISES, INC.;
A.W. CHESTERTON CO., INC.;                                          :
BONDEX INCORPORATED;
BOEING INTEGRATED DEFENSE SYSTEMS;                                  :
BORG WARNER CORPORATION;
CANADIAN COMMERICAL CORPORATION;                                    :
CARRIER CORPORATION;
CFM INTERNATIONAL, INC.;                                            :
COURTER & COMPANY;
CRANE AEROSPACE & ELECTRONICS;                                      :
CRANE CO.;
CRANE PUMPS & SYSTEMS, INC.;                                        :
CRANE RESISTOFLEX AEROSPACE;
CUTLER HAMMER n/k/a Eaton Electrical, Inc..;                        :
DANA CORPORATION;
DRESSER INDUSTRIES, INC.;                                           :
DURABLA MANUFACTURING COMPANY;
DURAMETTALIC CORPORATION;                                           :
EASTERN REFRACTORIES CORPORATION;

1989086.1

EATON CORPORATION;                                           :
EATON HYDRAULICS, INC.;
ENPRO INDUSTRIES, INC., Individually and as                  :
   Successor in interest to Menasco Inc.;
FAY, SPOFFARD & THORNDIKE OF NEW                             :
   YORK, INC. f/k/a Wolf & Munier, Inc.;
FOSTER WHEELER ENERGY CORP.;                                 :
GARLOCK SEALING TECHNOLOGIES, LLC.;
GE AVIATION SYSTEMS LLC;                                     :
GENERAL DYNAMICS;
GENERAL ELECTRIC CORPORATION;                                :
GENERAL MOTORS CORPORATION;
GENERAL REFRACTORIES CO.;                                    :
GEORGIA PACIFIC CORPORATION Individually
   and as successor in interest to Consolidated Vultee       :
   Aircraft Corporation;
GOODRICH CORPORATION f/k/a B.F.                              :
   Goodrich Company;
GOODYEAR TIRE & RUBBER;                                      :
GOULD PUMPS, INC.;
GRAYBAR ELECTRIC COMPANY, INC.;                              :
GRIMES AEROSPACE COMPANY, Individually and
   as successor in interest to Midland-Ross Corporation,     :
HENKEL CORPORATION;
HERCULES CHEMICAL COMPANY, INC.;                             :
HEWLETT PACKARD COMPANY;
HITCO CARBON & COMPOSITES                                    :
   Individually and as successor in interest to Hitco;
HONEYWELL INTERNATIONAL, INC. f/k/a                          :
   Allied Signal, Inc. Successor in Interest to the
   Bendix Corporation;                                       :
INGERSOLL-RAND COMPANY;
J.H. FRANCE REFRACTORIES, CO.;                               :
JOHN CRANE, INC.;
KENTILE FLOORS, INC.;                                        :
LEAR SEIGLER SERVICES, INC. Individually and
   as successor in Interest to Lear Seigler, Inc.;           :
LESLIE CONTROLS, INC. f/k/a
   Leslie Corporation;                                       :
LOCKHEED MARTIN CORPORATION;
METROPOLITAN TRANSPORTATION AUTHORITY; :
MUNACO PACKING & RUBBER CO.;
NASCO AIR BRAKES, INC.;                                      :
NORTHROP GRUMAN CORPORATION;
OLD ORCHARD INDUSTRIAL CORPORATION,                          :
   Individually and as successor to Vapor Corporation;

| | |
|---|---|
| PARKER AEROSPACE; | : |
| PARKER HANNIFIN CORPORATION; | |
| PNEUMO ABEX CORPORATION, | : |
|    Individually and as Successor in interest to Abex | |
|    Corporation f/k/a American Brake Shoe; | : |
| PRATT & WHITNEY; | |
| RAILROAD FRICTION PRODUCTS CORP.; | : |
| RHEACO, INC.; | |
| ROBERT A. KEASBEY CO.; | : |
| ROLLS ROYCE CORPORATION, | |
|    Individually and as successor in interest to Allison | : |
|    Engine Company, Inc.; | |
| SEQUOIA VENTURES, INC. | : |
|    f/k/a Bechtel Corporation; | |
| THE BOEING COMPANY, | : |
|    Individually and as successor in interest to | |
|    McDonnell Douglas; | : |
| THE FAIRCHILD CORPORATION; | |
| TREADWELL CORPORATION; | : |
| TRIAD INTERNATIONAL MAINTENANCE | |
|    CORPORATION, Individually and as successor in | : |
|    Interest to Aero Corporation; | |
| UNISYS CORPORATION; | : |
| UNITED TECHNOLOGIES CORPORATION, | |
|    Individually and as Successor in Interest to United | : |
|    Aircraft Corporation United Technologies Building; | |
| WAYNE WIRE CLOTH PRODUCTS, INC.; | : |
| WESTINGHOUSE AIR BRAKE CO.; | |
| 3M COMPANY , | : |
|    f/k/a Minnesota Mining & Manufacturing; | |
| | : |
|                                         Defendants. | |
| ------------------------------------------------------------------- X | |

**TO THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Rule 1.9 of the Local Rules of the United States District Court for the Southern District of New York) and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant THE BOEING COMPANY, individually and sued herein incorrectly as BOEING INTEGRATED DEFENSE SYSTEMS a non-governmental

3

1989086.1

entity, certifies that it has no parent companies, subsidiaries, or affiliates whose securities or other interests are publicly held and that no publicly held corporation owns 10% or more of its stock.

Dated:   White Plains, New York
         May 14, 2008

                                    Yours, etc.

                                    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                    _____
                                    Joseph A. D'Avanzo (JD-1083)
                                    Attorneys for Defendant
                                    THE BOEING COMPANY, individually and
                                    sued herein incorrectly as
                                    BOEING INTEGRATED DEFENSE SYSTEMS
                                    3 Gannett Drive
                                    White Plains, NY 10604
                                    (914) 323-7000
                                    File No.: 07040.00014

TO:   LEVY PHILLIPS & KONIGSBERG, L.L.P
      Patrick J. Timmins, Esq.
      Attorneys for Plaintiffs
      800 Third Avenue, 13th Floor
      New York, NY 10022

      WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER
      Julie Evans, Esq.
      Attorneys for Defendant
      A.W. CHESTERTON CO., INC.;
      CARRIER CORP.;
      GENERAL DYNAMICS
      150 East 42nd Street
      New York, NY 10017

1989086.1

HOLLAND & KNIGHT LLP
Richard A. Menchini, Esq.
Lindsay H. Tasher, Esq.
Attorneys for Defendant
CANADIAN COMMERCIAL CORP.
195 Broadway
New York, NY 10007

McGIVNEY & KLUGER
Richard Leff, Esq.
Attorneys for Defendant
COURTER & COMPANY, INC.
80 Broad Street, 23rd Floor
New York, NY 10004

McMAHON MARTINE & GALLAGHER
Laura B. Hollman, Esq.
Attorneys for Defendant
EASTERN REFRACTORIES CORPORATION
90 Broad Street, 14th Floor
New York, NY 10004

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
Madina Axelrod, Esq.
Attorneys for Defendant
FLOWSERVE CORP. as successor in interest to DURAMETTALIC CORP.
830 Third Avenue, 4th Floor
New York, NY 10022

SMITH ABBOT, LLP
James Walker Smith, Esq.
Attorneys for Defendant
PNEUMO ABEX CORPORATION
Individually and as Successor in interest to Abex Corporation f/k/a American Brake Shoe;
48 Wall Street, Suite 1100
New York, NY 10005

WEINER LESNIAK, LLP
Anna DiLonardo, Esq.
Attorneys for Defendant
ROBERT A. KEASBEY CO.
888 Veterans Memorial Highway
Hauppauge, NY 11788

McGIVNEY & KLUGER, P.C.
Chuck McGivney, Esq.
Attorneys for Defendant
TREADWELL CORPORATION
80 Broad Street, 23rd Floor
New York, NY 10004

1989086.1

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF WESTCHESTER  )

**Elizabeth Ramsey**, being duly sworn, deposes and says:
That deponent is not a party to the action, is over eighteen (18) years of age and resides in Dutchess County, New York.

That on the 14th day of May, 2008 deponent served the within:

**FRCP RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT THE BOEING COMPANY**

Upon:

| | |
|---|---|
| LEVY PHILLIPS & KONIGSBERG<br>Attorneys for Plaintiffs<br>800 Third Ave., 13th Floor<br>New York, NY 10022<br>Attn: Patrick J. Timmins, Esq. | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER<br>Attorneys for Defendants<br>A.W. Chesterton;<br>Carrier Corp.<br>General Dynamics<br>150 East 42nd Street<br>New York, NY 10017<br>Attn: Julie Evans, Esq. |
| HOLLAND & KNIGHT LLP<br>Attorneys for Defendants<br>Canadian Commercial Corp.<br>195 Broadway<br>New York, NY 10007<br>Attn: Richard A. Menchini, Esq.<br>     Lindsay H. Tasher, Esq. | McGIVNEY & KLUGER, INC.<br>Attorneys for Defendants<br>Courter & Company, Inc.;<br>Treadwell Corp.<br>80 Broad St., 23rd Fl.<br>New York, NY 10004<br>Attn: Richard Leff, Esq.<br>     Chuck McGivney, Esq. |
| McMAHON MARTINE & GALLAGHER<br>Attorneys for Defendant<br>Eastern Refractories Corp.<br>90 Broad Street, 14th Floor<br>New York, NY 10004<br>Attn: Laura B. Hollman, Esq. | SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.<br>Attorneys for Defendant<br>Flowserve Corp.<br>830 Third Avenue, 4th Floor<br>New York, NY 10022<br>Attn: Madina Axelrod, Esq. |
| SMITH ABBOT, LLP<br>Attorneys for Defendant<br>Pneumo Abex Corporation<br>48 Wall Street, suite 1100<br>New York, NY 10005<br>Attn: James Walker Smith, Esq. | WEINER LESNIAK LLP<br>Attorneys for Defendant<br>Robert A. Keasbey Co.<br>888 Veterans Memorial Highway<br>Hauppauge, NY 11788<br>Attn: Anna DiLonardo, Esq. |

1989505.1

attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof in a post paid addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Elizabeth Ramsey

Sworn to before me this
14th day of May, 2008.

_____
NOTARY PUBLIC

DANIELLE ISAZA
Notary Public, State of New York
No. 01IS6135629
Qualified in Westchester County
Commission Expires 10/24/20 09

1989505.1