UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

| | |
|---|---|
| ERNESTO MIRANDA AND DIANA MIRANDA, : | Index No. 08 CV 4231 |
| Plaintiffs, : | |
| - against - : | **RULE 7.1 DISCLOSURE STATEMENT** |
| ABEX CORPORATION, et al., : | |
| Defendants. : | |

------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nasco Aircraft Brake, Inc. erroneously named as Nasco Air Brakes, Inc., states that it is a wholly owned subsidiary of Nasco Aviation Corporation, which is itself a wholly owned subsidiary of Meggitt Aircraft Braking Systems Corporation, which is itself a wholly owned subsidiary of K&F Industries, Inc., which is itself a wholly owned subsidiary of Meggitt-USA, Inc., which is itself a wholly owned subsidiary of Meggitt PLC.

Dated: New York, New York
       May 19, 2008

                                        **BRYAN CAVE LLP**

                                        By:  /s/ Christopher R. Strianese
                                               Christopher R. Strianese, Esq.

                                      1290 Avenue of the Americas
                                      New York, NY 10104-3300
                                      Phone:  (212) 541-2000
                                      Facsimile:  (212) 541-1413

                                      *Attorneys for Defendant*
                                      *Nasco Aircraft Brake, Inc.*