Scott A. Harford (SH-2300)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

Attorneys for Defendant Georgia-Pacific LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ERNESTO MIRANDA and DIANA            :
MIRANDA,                             :   Civ No.: 08 Civ. 4231 (RS)
                                     :
                  Plaintiffs,        :
                                     :   **NOTICE OF APPEARANCE**
         -against-                   :
                                     :
ABEX CORPORATION et al.,             :
                                     :
                  Defendants.        :
----------------------------------------------------------X

**PLEASE TAKE NOTICE** that the law firm of Lynch Daskal Emery LLP hereby appears as counsel of record for defendant Georgia-Pacific LLC (incorrectly sued as Georgia-Pacific Corporation) in the above-captioned case. Please serve copies of all papers at the address listed below.

Dated: New York, New York
       May 27, 2008

                                     LYNCH DASKAL EMERY LLP
                                     Attorneys for Defendant Georgia-Pacific LLC

                                     By: _____
                                           Scott A. Harford (SH-2300)
                                     264 West 40th Street
                                     New York, New York 10018
                                     (212) 302-2400

## CERTIFICATE OF SERVICE

I, SCOTT A. HARFORD, do hereby certify that on May 27, 2008, I electronically filed defendant Georgia-Pacific LLC's Notice of Appearance.

Dated: New York, New York
       May 27, 2008

                                                      SCOTT A. HARFORD