**Smith, Stratton, Wise, Heher & Brennan, LLP**
2 Research Way
Princeton, NJ 08540
(609) 924-6000
Attorneys for Defendant Goodrich Corporation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERNESTO and DIANE MIRANDA, ) | Civil Action No. 08-CV-4231 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| ABEX CORPORATION f/k/a/ American ) | |
| Brake Show Company; ALCOA, INC., ) | |
| Individually and as Successor in Interest ) | |
| to Fairchild Fasteners; AMERICAN ) | |
| REFRACTORIES, INC.; AMERICAN ) | |
| REFRACTORIES CO.; ANCHOR ) | |
| PACKING COMPANY; ATLAS TURNER, ) | |
| INC.; AVOCET ENTERPRISES, INC.; ) | |
| A.W. CHESTERTON CO., INC.; BONDEX ) | |
| INCORPORATED; BOEING INTEGRATED ) | |
| DEFENSE SYSTEMS; BORG WARNER ) | |
| CORPORATION; CANADIAN ) | |
| COMMERCIAL CORPORATION; ) | |
| CARRIER CORPORATION; CFM ) | |
| INTERNATIONAL, INC.; COURTER & ) | |
| COMPANY; CRANE AEROSPACE & ) | |
| ELECTRONICS; CRANE CO.; CRANE ) | |
| PUMPS & SYSTEMS, INC.; CRANE ) | |
| RESISTOFLEX AEROSPACE; CUTLER ) | |
| HAMMER n/k/a Eaton Electrical, Inc.; ) | |
| DANA CORPORATION; DRESSER ) | |
| INDUSTRIES, INC.; DURABLA ) | |
| MANUFCTURING COMPANY; ) | |
| DURAMETTALIC CORPORATION; ) | |
| EASTERN REFRACTORIES ) | |
| CORPORATION; EATON ) | |
| CORPORATION; EATON HYDRAULICS, ) | |
| INC.; ENPRO INDUSTRIES, INC., ) | |

Individually and as Successor in Interest )
to Menasco Inc.; FAY, SPOFFARD & )
THORNDIKE OF NEW YORK, INC. f/k/a/ )
Wolf & Munier, Inc.; FOSTER WHEELER )
ENERGY CORP.; GARLOCK SEALING )
TECHNOLOGIES, LLC; GE AVIATION )
SYSTEMS LLC; GENERAL DYNAMICS; )
GENERAL ELECTRIC CORPORATION; )
GENERAL MOTORS CORPORATION; )
GENERAL REFRACTORIES CO.; )
GEORGIA PACIFIC CORPORATION )
Individually and as Successor in Interest )
to Consolidated Vultee Aircraft )
Corporation; GOODRICH CORPORATION )
f/k/a/ B.F. Goodrich Company; )
GOODYEAR TIRE & RUBBER; GOULD )
PUMPS, INC.; GRABAR ELECTRIC )
COMPANY, INC.; GRIMES AEROSPACE )
COMPANY, Individually and as Successor )
in Interest to Midland-Ross Corporation; )
HENKEL CORPORATION; HERCULES )
CHEMICAL COMPANY, INC.; HEWLETT )
PACKARD COMPANY; HITCO CARBON )
& COMPOSITES Individually and as )
Successor in Interest to Hitco; )
HONEYWELL INTERNATIONAL, INC. )
f/k/a/ Allied Signal, Inc. Successor In )
Interest to the Bendix Corporation; )
INGERSOLL-RAND COMPANY; J.H. )
FRANCE REFRACTORIES, CO.; JOHN )
CRANE, INC.; KENTILE FLOORS, INC.; )
LEAR SEIGLER SERVICES, INC. )
Individually and as Successor in Interest )
to Lear Seigler, Inc.; LESLIE CONTROLS, )
INC. f/k/a/ Leslie Corporation; LOCKHEED )
MARTIN CORPORATION; )
METROPOLITAN TRANSPORTATION )
AUTHORITY; MUNACO PACKING & )
RUBBER CO.; NASCO AIR BRAKES, )
INC.; NORTHROP GRUMAN )
CORPORATION; OLD ORCHARD )
INDUSTRIAL CORPORATION, )
Individually and as Successor to Vapor )
Corporation; PARKER AEROSPACE; )
PARKER HANNIFIN CORPORATION; )

PNEUMO ABEX CORPORATION, )
Individually and as Successor in Interest )
to Abex Corporation f/k/a/ American Brake )
Shoe; PRATT & WHITNEY; RAILROAD )
FRICTION PRODUCTS CORP.; RHEACO, )
INC.; ROBERT A. KEASBEY CO.; ROLLS )
ROYCE CORPORATION Individually and )
as Successor in Interest to Allison Engine )
Company, Inc.; SEQUOIA VENTURES, )
INC. f/k/a Bechtel Corporation; THE )
BOEING COMPANY Individually and as )
Successor in Interest to McDonnell )
Douglas; THE FAIRCHILD )
CORPORATION; TREADWELL )
CORPORATION; TRIAD )
INTERNATIONAL MAINTENANCE )
CORPORATION, Individually and as )
Successor in Interest to Aero Corporation; )
UNISYS CORPORATION; UNITED )
TECHNOLOGIES CORPORATION, )
Individually and as Successor in Interest )
to United Aircraft Corporation United )
Technologies Building; WAYNE WIRE )
CLOTH PRODUCTS, INC.; )
WESTINGHOUSE AIR BRAKE CO.; 3M )
COMPANY f/k/a/ Minnesota Mining & )
Manufacturing; )
)
                  Defendants. )

**PLEASE TAKE NOTICE** that the Defendant GOODRICH CORPORATION, f/k/a Goodrich Company ("Goodrich"), will be appearing in this action through its attorneys SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP, 100 Park Avenue, Suite 1600, New York, New York 10017, and that all papers, notices and orders with regard to the proceedings in this action, which otherwise would be required to be served upon Goodrich, are to be served upon the offices of the undersigned. Please direct all correspondence intended for Goodrich to the offices of the undersigned.

Dated:  New York, New York
        May 27, 2008

                              SMITH, STRATTON, WISE, HEHER
                              & BRENNAN, LLP

              By:   _____
                              Patrick J. Dwyer, Esq.
                              100 Park Avenue
                              Suite 1600
                              New York, New York 10017
                              212-768-3878
                              Attorneys for GOODRICH CORPORATION

TO:  All Counsel of Record

**Smith, Stratton, Wise, Heher & Brennan, LLP**
2 Research Way
Princeton, NJ 08540
(609) 924-6000
Attorneys for Defendant Goodrich Corporation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERNESTO and DIANE MIRANDA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ABEX CORPORATION f/k/a/ American )<br>Brake Show Company; ALCOA, INC., )<br>Individually and as Successor in Interest )<br>to Fairchild Fasteners; AMERICAN )<br>REFRACTORIES, INC.; AMERICAN )<br>REFRACTORIES CO.; ANCHOR )<br>PACKING COMPANY; ATLAS TURNER, )<br>INC.; AVOCET ENTERPRISES, INC.; )<br>A.W. CHESTERTON CO., INC.; BONDEX )<br>INCORPORATED; BOEING INTEGRATED)<br>DEFENSE SYSTEMS; BORG WARNER )<br>CORPORATION; CANADIAN )<br>COMMERCIAL CORPORATION; )<br>CARRIER CORPORATION; CFM )<br>INTERNATIONAL, INC.; COURTER & )<br>COMPANY; CRANE AEROSPACE & )<br>ELECTRONICS; CRANE CO.; CRANE )<br>PUMPS & SYSTEMS, INC.; CRANE )<br>RESISTOFLEX AEROSPACE; CUTLER )<br>HAMMER n/k/a Eaton Electrical, Inc.; )<br>DANA CORPORATION; DRESSER )<br>INDUSTRIES, INC.; DURABLA )<br>MANUFCTURING COMPANY; )<br>DURAMETTALIC CORPORATION; )<br>EASTERN REFRACTORIES )<br>CORPORATION; EATON )<br>CORPORATION; EATON HYDRAULICS, ) | Civil Action No. 08-CV-4231<br><br><br><br><br><br>**FRCP DISCLOSURE STATEMENT**<br>**PURSUANT TO RULE 7.1** |

INC.; ENPRO INDUSTRIES, INC., )
Individually and as Successor in Interest )
to Menasco Inc.; FAY, SPOFFARD & )
THORNDIKE OF NEW YORK, INC. f/k/a/ )
Wolf & Munier, Inc.; FOSTER WHEELER )
ENERGY CORP.; GARLOCK SEALING )
TECHNOLOGIES, LLC; GE AVIATION )
SYSTEMS LLC; GENERAL DYNAMICS; )
GENERAL ELECTRIC CORPORATION; )
GENERAL MOTORS CORPORATION; )
GENERAL REFRACTORIES CO.; )
GEORGIA PACIFIC CORPORATION )
Individually and as Successor in Interest )
to Consolidated Vultee Aircraft )
Corporation; GOODRICH CORPORATION )
f/k/a/ B.F. Goodrich Company; )
GOODYEAR TIRE & RUBBER; GOULD )
PUMPS, INC.; GRABAR ELECTRIC )
COMPANY, INC.; GRIMES AEROSPACE )
COMPANY, Individually and as Successor )
in Interest to Midland-Ross Corporation; )
HENKEL CORPORATION; HERCULES )
CHEMICAL COMPANY, INC.; HEWLETT )
PACKARD COMPANY; HITCO CARBON )
& COMPOSITES Individually and as )
Successor in Interest to Hitco; )
HONEYWELL INTERNATIONAL, INC. )
f/k/a/ Allied Signal, Inc. Successor In )
Interest to the Bendix Corporation; )
INGERSOLL-RAND COMPANY; J.H. )
FRANCE REFRACTORIES, CO.; JOHN )
CRANE, INC.; KENTILE FLOORS, INC.; )
LEAR SEIGLER SERVICES, INC. )
Individually and as Successor in Interest )
to Lear Seigler, Inc.; LESLIE CONTROLS, )
INC. f/k/a/ Leslie Corporation; LOCKHEED )
MARTIN CORPORATION; )
METROPOLITAN TRANSPORTATION )
AUTHORITY; MUNACO PACKING & )
RUBBER CO.; NASCO AIR BRAKES, )
INC.; NORTHROP GRUMAN )
CORPORATION; OLD ORCHARD )
INDUSTRIAL CORPORATION, )
Individually and as Successor to Vapor )
Corporation; PARKER AEROSPACE; )

| | |
|---|---|
| PARKER HANNIFIN CORPORATION; | ) |
| PNEUMO ABEX CORPORATION, | ) |
| Individually and as Successor in Interest | ) |
| to Abex Corporation f/k/a/ American Brake | ) |
| Shoe; PRATT & WHITNEY; RAILROAD | ) |
| FRICTION PRODUCTS CORP.; RHEACO, | ) |
| INC.; ROBERT A. KEASBEY CO.; ROLLS | ) |
| ROYCE CORPORATION Individually and | ) |
| as Successor in Interest to Allison Engine | ) |
| Company, Inc.; SEQUOIA VENTURES, | ) |
| INC. f/k/a Bechtel Corporation; THE | ) |
| BOEING COMPANY Individually and as | ) |
| Successor in Interest to McDonnell | ) |
| Douglas; THE FAIRCHILD | ) |
| CORPORATION; TREADWELL | ) |
| CORPORATION; TRIAD | ) |
| INTERNATIONAL MAINTENANCE | ) |
| CORPORATION, Individually and as | ) |
| Successor in Interest to Aero Corporation; | ) |
| UNISYS CORPORATION; UNITED | ) |
| TECHNOLOGIES CORPORATION, | ) |
| Individually and as Successor in Interest | ) |
| to United Aircraft Corporation United | ) |
| Technologies Building; WAYNE WIRE | ) |
| CLOTH PRODUCTS, INC.; | ) |
| WESTINGHOUSE AIR BRAKE CO.; 3M | ) |
| COMPANY f/k/a/ Minnesota Mining & | ) |
| Manufacturing; | ) |
|  | ) |
| Defendants. | ) |

Defendant, GOODRICH CORPORATION, f/k/a B.F. Goodrich Company, by its attorneys, SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP, in compliance with Federal Civil Rule 7.1 for the United States District Court for the Southern District of New York states that:

      1)    GOODRICH CORPORATION is a publicly traded company and does not have a parent corporation.

Dated:     New York, New York
           May 27, 2008

                                    SMITH, STRATTON, WISE, HEHER
                                    & BRENNAN, LLP

                              By:   _____
                                    Patrick J. Dwyer, Esq.
                                    100 Park Avenue
                                    Suite 1600
                                    New York, New York 10017
                                    212-768-3878
                                    Attorneys for GOODRICH CORPORATION

**Smith, Stratton, Wise, Heher & Brennan, LLP**
2 Research Way
Princeton, NJ 08540
(609) 924-6000
Attorneys for Defendant Goodrich Corporation

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERNESTO and DIANE MIRANDA, ) | Civil Action No. 08-CV-4231 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **AFFIDAVIT OF SERVICE** |
| ABEX CORPORATION f/k/a/ American ) | |
| Brake Show Company; ALCOA, INC., ) | |
| Individually and as Successor in Interest ) | |
| to Fairchild Fasteners; AMERICAN ) | |
| REFRACTORIES, INC.; AMERICAN ) | |
| REFRACTORIES CO.; ANCHOR ) | |
| PACKING COMPANY; ATLAS TURNER, ) | |
| INC.; AVOCET ENTERPRISES, INC.; ) | |
| A.W. CHESTERTON CO., INC.; BONDEX ) | |
| INCORPORATED; BOEING INTEGRATED ) | |
| DEFENSE SYSTEMS; BORG WARNER ) | |
| CORPORATION; CANADIAN ) | |
| COMMERCIAL CORPORATION; ) | |
| CARRIER CORPORATION; CFM ) | |
| INTERNATIONAL, INC.; COURTER & ) | |
| COMPANY; CRANE AEROSPACE & ) | |
| ELECTRONICS; CRANE CO.; CRANE ) | |
| PUMPS & SYSTEMS, INC.; CRANE ) | |
| RESISTOFLEX AEROSPACE; CUTLER ) | |
| HAMMER n/k/a Eaton Electrical, Inc.; ) | |
| DANA CORPORATION; DRESSER ) | |
| INDUSTRIES, INC.; DURABLA ) | |
| MANUFCTURING COMPANY; ) | |
| DURAMETTALIC CORPORATION; ) | |
| EASTERN REFRACTORIES ) | |
| CORPORATION; EATON ) | |
| CORPORATION; EATON HYDRAULICS, ) | |
| INC.; ENPRO INDUSTRIES, INC., ) | |

Individually and as Successor in Interest  )
to Menasco Inc.; FAY, SPOFFARD &  )
THORNDIKE OF NEW YORK, INC. f/k/a/  )
Wolf & Munier, Inc.; FOSTER WHEELER  )
ENERGY CORP.; GARLOCK SEALING  )
TECHNOLOGIES, LLC; GE AVIATION  )
SYSTEMS LLC; GENERAL DYNAMICS;  )
GENERAL ELECTRIC CORPORATION;  )
GENERAL MOTORS CORPORATION;  )
GENERAL REFRACTORIES CO.;  )
GEORGIA PACIFIC CORPORATION  )
Individually and as Successor in Interest  )
to Consolidated Vultee Aircraft  )
Corporation; GOODRICH CORPORATION )
f/k/a/ B.F. Goodrich Company;  )
GOODYEAR TIRE & RUBBER; GOULD  )
PUMPS, INC.; GRABAR ELECTRIC  )
COMPANY, INC.; GRIMES AEROSPACE  )
COMPANY, Individually and as Successor )
in Interest to Midland-Ross Corporation;  )
HENKEL CORPORATION; HERCULES  )
CHEMICAL COMPANY, INC.; HEWLETT  )
PACKARD COMPANY; HITCO CARBON  )
& COMPOSITES Individually and as  )
Successor in Interest to Hitco;  )
HONEYWELL INTERNATIONAL, INC.  )
f/k/a/ Allied Signal, Inc. Successor In  )
Interest to the Bendix Corporation;  )
INGERSOLL-RAND COMPANY; J.H.  )
FRANCE REFRACTORIES, CO.; JOHN  )
CRANE, INC.; KENTILE FLOORS, INC.;  )
LEAR SEIGLER SERVICES, INC.  )
Individually and as Successor in Interest  )
to Lear Seigler, Inc.; LESLIE CONTROLS, )
INC. f/k/a/ Leslie Corporation; LOCKHEED )
MARTIN CORPORATION;  )
METROPOLITAN TRANSPORTATION  )
AUTHORITY; MUNACO PACKING &  )
RUBBER CO.; NASCO AIR BRAKES,  )
INC.; NORTHROP GRUMAN  )
CORPORATION; OLD ORCHARD  )
INDUSTRIAL CORPORATION,  )
Individually and as Successor to Vapor  )
Corporation; PARKER AEROSPACE;  )
PARKER HANNIFIN CORPORATION;  )

| | |
|---|---|
| PNEUMO ABEX CORPORATION, Individually and as Successor in Interest to Abex Corporation f/k/a/ American Brake Shoe; PRATT & WHITNEY; RAILROAD FRICTION PRODUCTS CORP.; RHEACO, INC.; ROBERT A. KEASBEY CO.; ROLLS ROYCE CORPORATION Individually and as Successor in Interest to Allison Engine Company, Inc.; SEQUOIA VENTURES, INC. f/k/a Bechtel Corporation; THE BOEING COMPANY Individually and as Successor in Interest to McDonnell Douglas; THE FAIRCHILD CORPORATION; TREADWELL CORPORATION; TRIAD INTERNATIONAL MAINTENANCE CORPORATION, Individually and as Successor in Interest to Aero Corporation; UNISYS CORPORATION; UNITED TECHNOLOGIES CORPORATION, Individually and as Successor in Interest to United Aircraft Corporation United Technologies Building; WAYNE WIRE CLOTH PRODUCTS, INC.; WESTINGHOUSE AIR BRAKE CO.; 3M COMPANY f/k/a/ Minnesota Mining & Manufacturing;<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Patrick J. Dwyer, of full age, being duly sworn according to law, hereby deposes and says:

1. I am an attorney-at-law of the State of New York and am a member of the firm of Smith, Stratton, Wise, Heher & Brennan, LLP, attorneys for Goodrich Corporation, f/k/a Goodrich Company, in the above-captioned matter.

2. I have, this date, caused a copy of the Notice of Appearance and Disclosure

Statement Pursuant to Rule 7.1 to be served via the court's ECF system and regular mail on all counsel on the attached service list.

Dated: New York, New York
     May 27, 2008

                                          SMITH, STRATTON, WISE, HEHER
                                          & BRENNAN, LLP

                      By: _____
                                 Patrick J. Dwyer, Esq.

Ernesto and Diana Miranda v. Abex Corp., et al.
Index No. 08 cv 4231
Service List

Plaintiffs

Patrick J. Timmins, Esq.
Levy Phillips & Konigsberg, LLP
800 Third Avenue
New York, NY 10022

Defendants

| | |
|---|---|
| Paul Grant, Esq.<br>GARRISON LITIGATION<br>120 East Avenue, Suite 101<br>Rochester, NY 14604-2551 | Enpro Industries, Inc., Individually and as successor-in-interest to Coltec Industries, Fairbanks Morse, Engine Division and Quincy Compressor |
| Timothy J. McHugh, Esq.<br>LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO<br>420 Lexington Avenue, 29th Floor<br>Graybar Building<br>New York, NY 10170 | 3M Company, f/k/a Minnesota Mining & Manufacturing Co. & Otis Elevator Co. |
| Joan Gasior, Esq.<br>Chuck McGivney, Esql<br>MCGIVNEY & KLUGER, PC<br>80 Broad Street, 23rd Floor<br>New York, NY 10024 | Aurora Pump Co., Hercules Chemical Co., Inc., and The Nash Engineering Co. |
| Julie Evans, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>150 East 42nd Street<br>New York, NY 10017 | A.W. Chesterton Co., Inc. and Carrier Corporation |
| Andrew M. Warshauer, Esq.<br>Anna DiLonardo, Esq.<br>WEINER LESNIAK, LLP<br>888 Veterans Memorial Highway<br>Suite 540<br>Hauppauge, NY 11788 | Bondex International, Inc. and Borg Warner Corp. |
| Michael Waller, Esq.<br>KIRKPATRICK LOCKHART PRESTON | Crane Co. and Crane Pumps & Systems, Inc. |

| | |
|---|---|
| GATES ELLIS LLP<br>One Newark Center, 10th Floor<br>Newark, NJ 07102 | |
| James R. Lynch, Esq.<br>Scott R. Emery, Esq.<br>LYNCH DASKAL EMERY, LLP<br>264 West 40th Street<br>New York, NY 10018 | Daimlerchrysler Corp. and Georgia-Pacific Corp. |
| William Mueller, Esq.<br>CLEMENTE MUELLER & TOBIA, PA<br>PO Box 1296<br>Morristown, NJ 07962 | Durabla Manufacturing Co. |
| Amy Fenno, Esq.<br>John A. Turlik, Esq.<br>Dave Weinberg, Esq.<br>Theodore Eder, Esq.<br>SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD<br>830 Third Avenue, Suite 400<br>New York, NY 10022 | Fairbanks Morse Engine, Gardner Denver, Inc., Garlock Sealing Technologies, LLC, successor by merger to Garlock, Inc., Quincy Compressor and Fairbanks Morse Pump, Corp. |
| Nancy L. Pennie, Esq.<br>AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP<br>757 Third Avenue<br>New York, NY 10017 | Ford Motor Company and General Motors Corp. |
| Diane Pompei, Esq.<br>Michael A. Tanenbaum, Esq.<br>MORAN & ARNOLD, LLP<br>Three Gateway Center, 12th Floor<br>Newark, NJ 07102 | Foster Wheeler Energy Corp. and General Electric Co. |
| Suzanne Halbardier, Esq.<br>BARRY MCTIERNAN & MOORE<br>2 Rector Street, 14th Floor<br>New York, NY 10006 | General Refractories Co. & The Fulton Companies, individually and as successor to Fulton Boiler Works, Inc. |

| | |
|---|---|
| Patrick J. Dwyer, Esq.<br>SMITH, STRATTON, WISE,<br>HEHER & BRENNAN, LLP<br>2 Research Way<br>Princeton, NJ 08540 | Goodrich Corporation |
| Lisa A. Linsky, Esq.<br>Donald R. Pugliese, Esq.<br>MCDERMOTT, WILL & EMERY, LLP<br>340 Madison Avenue<br>New York, NY 10173 | Honeywell International, Inc. |
| William Mendrzycki, Esq.<br>PO Box 1009<br>Highland Mills, NY 10930-1009 | Honeywell International, Inc. |
| John Fanning, Esq.<br>CULLEN & DYKMAN, LLP<br>177 Montague Street<br>Brooklyn, NY 11201 | Howden Buffalo, Inc., Goulds Pumps Inc. and Lesklie Controls, Inc. |
| Lisa M. Pascarella, Esq.<br>PEHLIVAN, BRAATEN<br>& PASCARELLA, LLC<br>Paynter's Ridge Office Park<br>2430 Route 34<br>Manasquan, NJ 08736 | Ingersoll-Rand Co., Rapak Boiler, and Rheem Manufacturing Co. |
| Robert C. Malaby, Esq.<br>William J. Bradley, III, Esq.<br>MALABY & BRADLEY, LLC<br>150 Broadway, Suite 600<br>New York, NY 10038 | JH France Refractories Co. and Viacom, Inc., as successor by merger to CBS Corp., f/k/a Westinghouse Electric Corp. |
| James Walker Smith, Esq.<br>SMITH ABBOT, LLP<br>48 Wall Street, Suite 1100<br>New York, NY 10005 | Pneumo Abex Corp., individually and successor-in-interest to Abex Corp., f/k/a American Brake Shoe |
| | Abex Corporation<br>Alcoa, Inc.<br>American Refractories, Inc.<br>American Refractories Co.<br>Anchor Packing Co.<br>Atlas Turner, Inc.<br>Avocet Enterprises, Inc. |

Canadian Commercial Corp.
CFM International, Inc.
Courter & Co.
Crane Aerospace & Electronics
Crane Resistoflex Aerospace
Cutler Hammer
Dana Corp.
Dresser Industries
Durabla Manufacturing Co.
Duramettalic Corp.
Eastern Refractories Corp.
Eaton Corp.
Eaton Hydraulics, Inc.
Fay, Spoffard & Thorndike
Garlock Sealing Technologies, LLC
GE Aviation Systems, LLC
General Dynamics
Grimes Aerospace Co.
Henkel Corp.
Hewlett Packard Co.
Hitco Carbon & Composites
John Crane, Inc.
Kentile Floors, Inc.
Lear Seigler Services, inc.
Leslie Controls, Inc.
Lockheed Martin Corp.
Metropolitan Transportation Authority
Munaco Packing & Rubber Co.
Nasco Air Brakes
Northrop Gruman Corp.
Old Orchard Industrial Corp.
Parker Aerospace
Parker Hannifin Corp.
Pratt & Whitney
Railroad Friction Products Corp.
Rheaco, Inc.
Robert A. Keasbey Co.
Rolls Royce Corp.
Sequoia Ventures, Inc.
The Boeing Co.
The Fairchild Corp.
Treadwell Corp.
Triad International Maintenance Corp.
Unisys Corp.
United Technologies
Wayne Wire Cloth Products Inc.