Scott A. Harford (SH-2300)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

Attorneys for Defendant The Goodyear Tire & Rubber Co.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERNESTO MIRANDA and DIANA
MIRANDA,                                        :   Civ No.: 08 Civ. 4231 (RS)
                                                :
             Plaintiffs,                        :
                                                :   **NOTICE OF APPEARANCE**
        -against-                               :
                                                :
ABEX CORPORATION et al.,                        :
                                                :
             Defendants.                        :
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that the law firm of Lynch Daskal Emery LLP hereby appears as counsel of record for defendant The Goodyear Tire & Rubber Co. in the above-captioned case. Please serve copies of all papers at the address listed below.

Dated: New York, New York
       May 27, 2008

                                LYNCH DASKAL EMERY LLP
                                Attorneys for Defendant The Goodyear Tire and
                                Rubber Co.


                                By: _____
                                    Scott A. Harford (SH-2300)
                                264 West 40th Street
                                New York, New York 10018
                                (212) 302-2400

## CERTIFICATE OF SERVICE

I, SCOTT A. HARFORD, do hereby certify that on May 27, 2008, I electronically filed defendant The Goodyear Tire & Rubber Co.'s Notice of Appearance.


Dated: New York, New York
       May 27, 2008

                                                  _____
                                                         SCOTT A. HARFORD