UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ERNESTO MIRANDA and DIANA MIRANDA

                Plaintiffs,   :   08 Civ. 4231 (RS)

                -against-   :   **NOTICE OF APPEARANCE**

ABEX CORPORATION, et. al.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants The Boeing Company and Nasco Air Brakes, Inc,. in the above-captioned action.

The undersigned is admitted to practice in this Court.

Dated: New York, New York
       May 27, 2008

                                      BRYAN CAVE LLP

                                      By /s/ David Bloomberg____
                                          David Bloomberg
                                    1290 Avenue of the Americas
                                    New York, New York   10104
                                    212-541-2000
                                    David.Bloomberg@bryancave.com
                                    *Attorneys for Defendants The Boeing Company*
                                    *and Nasco Air Brakes, Inc.*