UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ERNESTO MIRANDA and DIANA MIRANDA

                Plaintiffs, : 08 Civ. 4231 (RS)

                -against- : **NOTICE OF APPEARANCE**

ABEX CORPORATION, et. al.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants The Boeing Company and Nasco Air Brakes, Inc,. in the above-captioned action.

       The undersigned is admitted to practice in this Court.

Dated: New York, New York
       May 27, 2008

                                        BRYAN CAVE LLP

                                        By /s/ Christopher R. Strianese___
                                            Christopher R. Strianese
                                        1290 Avenue of the Americas
                                        New York, New York   10104
                                        212-541-2000
                                        Christopher.Strianese@bryancave.com
                                        *Attorneys for Defendants The Boeing Company and Nasco Air Brakes, Inc.*